J. Colby Williams
Nevada Bar No. 5549
Philip R. Erwin
Nevada Bar No. 11563
CAMPBELL & WILLIAMS
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
jcw@cwlawlv.com

Attorneys for Defendant
ZUFFA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HASAN DAAS, BRAD GRIER, WESLEY INMAN, MATT LEBOEUF, DAMIAN LUNA, LLOYD TRUSHEL, MARK WHITE, and DONGSHENG LIU, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEULION, INC., and ZUFFA, LLC,<br><br>Defendants. | Case No. 2:17-cv-02767-RFB-VCF<br><br>**JOINT MOTION FOR STAY, EXTENDING TIME FOR ZUFFA, LLC TO RESPOND TO THE COMPLAINT**<br>**(First Request Since Transfer)** |

WHEREAS, this stipulation is entered into by and between Plaintiffs Hasan Daas, Brad Grier, Wesley Inman, Matt Leboeuf, Damian Luna, Lloyd Trushel, Mark White, and Dongsheng Liu (together "Plaintiffs") and Defendant Zuffa, LLC ("Zuffa");

WHEREAS, this action was assigned to this Court on November 1, 2017, as a result of the action having been transferred from the Southern District of New York (ECF No. 22);

WHEREAS, there are seven other actions related to this case pending in multiple United States District Courts across the country (the "Actions"), including two in this District, *Riley v. Zuffa, LLC*, No. 2:17-cv-02308-APG-GWF (the "*Riley* Action") and *Park v. Zuffa, LLC*, No. 2:17-cv-2282-APG-VCF (the "*Park* Action");

WHEREAS, in light of the substantial similarities in the allegations and claims in the

Actions, on October 3, 2017, a motion was filed with the Judicial Panel on Multidistrict Litigation ("JPML") to centralize the Actions before a single judge for coordinated pretrial proceedings under 28 U.S.C. § 1407 (the "MDL Motion");

WHEREAS, the JPML will be holding a hearing on the MDL Motion on November 30, 2017;

WHEREAS, on October 6, 2017, United States Magistrate Judge George Foley, Jr. granted Zuffa's request to stay the *Riley* Action pending a decision by the JPML on the MDL Motion;

WHEREAS, on October 13, 2017, United States Magistrate Judge Cam Ferenbach granted Zuffa's, along with its parent company, UFC Holdings, LLC's, request to stay the *Park* Action on the same terms;

WHEREAS, in the four other Actions in which Zuffa is a defendant, which includes the *Riley* and *Park* Actions and two Ninth Circuit-based actions, *Garcia v. Showtime Networks, Inc.*, No. 3:17-cv-01803-JM-AGS (S.D. Cal.), and *Ferrandini v. Zuffa, LLC*, No. 2:17-cv-06781-R-KS (C.D. Cal.), stays or extensions of time have been provided pending a decision by the JPML;

WHEREAS, since the action was transferred and assigned to this Court, this is the first request for an extension of time to respond to Plaintiffs' Complaint sought by Zuffa;

WHEREAS, based on the above, there is good cause to stay this action along with the four other Actions in which Zuffa is a defendant pending a decision by the JPML, as such will not prejudice any party, will protect all parties from duplicative and burdensome efforts and potentially inconsistent rulings, and will promote judicial economy and efficiency;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Zuffa, subject to approval of the Court, as follows:

1. Zuffa's time to answer, move, or otherwise respond to Plaintiffs' Complaint is hereby extended pending a decision by the JPML. If the JPML coordinates or consolidates the Actions in this Court, or if it denies centralization, the parties shall contact the Court promptly after receipt of that Order to discuss an appropriate schedule for filing a consolidated or amended complaint, if applicable, and a response date to the operative complaint.

2. By submission of this motion for a stay to extend Zuffa's time to respond to Plaintiffs' Complaint, Zuffa is not waiving and expressly reserves any defense, including for failure to state claim.

IT IS SO STIPULATED.

DATED: November 3, 2017    FARUQI & FARUQI, LLP

*/s/ Innessa M. Huot*
Innessa Melamed Huot

*Attorneys for Plaintiffs*

DATED: November 3, 2017    CAMPBELL & WILLIAMS

*/s/ Philip R. Erwin*
J. Colby Williams
Philip R. Erwin

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, January 22, 2018, in Courtroom 3D.

*Attorneys for Defendant ZUFFA, LLC*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 11-15-2017